**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SAMUEL GRANADOS,**

    **Petitioner,**

   **v.**

**BRIAN COOK, WARDEN,**

    **Respondent.**

**CASE NO. 2:16-CV-00879**
**JUDGE ALGENON L. MARBLEY**
**Magistrate Judge Elizabeth A. Preston Deavers**

## OPINION AND ORDER

On September 19, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed as barred by the one-year statute of limitations under 28 U.S.C. § 2244(d).  (ECF No. 2.)  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 2) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

       **s/Algenon L. Marbley**
       **ALGENON L. MARBLEY**
       **United States District Judge**