IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL GRANADOS, | : | |
| Petitioner, | : | Civil Action 2:16-cv-879 |
| v. | : | Judge Algenon L. Marbley |
| WARDEN, SOUTHEASTERN CORRECTIONAL INSTITUTION, | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Respondent. | | |

## ORDER

This matter is before the Court for consideration of Petitioner's Motion for an Order Directing Respondent to Comply with Fed. R. Civ. P. 5(b)(2)(C). (ECF No. 14.) For good cause shown, the Motion is **GRANTED**. Respondent is **DIRECTED** to serve Petitioner with the Return of Writ and the Appendix containing the state court record (ECF No. 13) within **SEVEN (7) DAYS** of the date of this Order. Petitioner may have **TWENTY-ONE (21) DAYS** from the date of service of the Return of Writ in which to file his Traverse.

**IT IS SO ORDERED.**

DATE: July 17, 2018          /s/   *Elizabeth A. Preston Deavers*
                             **ELIZABETH PRESTON DEAVERS**
                             **UNITED STATES MAGISTRATE JUDGE**